UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN NEWMAN,

    Plaintiff,

v.

MACENO PIZZA LLC,

    Defendant.

Case No. 4:25-cv-01105-KAW

**ORDER STRIKING STATEMENT OF JURACI MACENO FILHO**

Re: Dkt. No. 8

On February 3, 2025, Plaintiff John Newman filed this lawsuit against Maceno Pizza LLC (dba Monza Pizzeria). (Compl., Dkt. No. 1.)

On February 18, 2025, Juraci Maceno Filho, owner of Defendant Maceno Pizza LLC, filed a statement in which he denied the allegations in the complaint. (Dkt. No. 8.)

Defendant, however, is an LLC, and corporations may only appear in court through an attorney. *See Rowland v. Cal. Men's Colony*, 506 U.S. 194, 201-02 (1993). Mr. Filho is not licensed to practice in California nor is he admitted to practice in this district. Thus, to the extent that Mr. Filho's statement could be construed as an answer to the complaint, the Court strikes his statement under its inherent powers. *See United States v. High Country Broad. Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993) ("perfectly appropriate" for district court to strike answer and enter default judgment against corporation when it failed to retain counsel); *TeleVideo Sys., Inc. v. Heidenthal*, 826 F.2d 915, 916 (9th Cir. 1987) (determining that striking an answer and entering default judgment are within a court's inherent powers); *see also Coastal Env't Rts. Found. v. Aztec Perlite Co., Inc.*, No. 24-cv-385-RSH-SBC, 2024 WL 4520350, at *3 (S.D. Cal. Oct. 16, 2024) (struck answer and entered default sua sponte under court's inherent powers).

Mr. Filho is advised that he must obtain counsel for the corporate defendant to defend this

1  action, and that the failure to timely respond to the complaint by **March 18, 2025** may ultimately
2  result in default judgment being entered against Defendant Maceno Pizza LLC. (*See* Summons
3  Returned Executed, Dkt. No. 9.)
4      IT IS SO ORDERED.
5  Dated: March 4, 2025

                                                        KANDIS A. WESTMORE
                                                        United States Magistrate Judge